**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JOSE ALBERTO GOMEZ-CISNEROS (1),<br><br>                    Defendant. | CASE NO. 13CR1761-H<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, with prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment:

   21 USC 952 AND 960 - UNLAWFUL IMPORTATION OF MARIJUANA

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 5, 2014

Karen S. Crawford
U.S. Magistrate Judge